UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN MCCULLOUGH,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 1:26-cv-01126-KES-HBK (HC)

ORDER GRANTING PETITIONER'S MOTION FOR STATUS AND DIRECTING RESPONDENT TO RE-SERVE MOTION TO DISMISS

(Doc. 11)

Petitioner Sean McCullough, a federal prisoner proceeding pro se, seeks a status update on his petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 11). The Petition was docketed on February 9, 2026. (Doc./ 1).

On March 10, 2026, the Court directed Respondent to respond to the Petitioner, set a briefing schedule, and directed service of documents. (Doc. 6). The docket reflects that the order was mailed to Petitioner. On June 9, 2026, Respondent moved to dismiss the Petition for failure to exhaust administrative remedies, or alternatively, on the merits, arguing that Petitioner received procedural and substantive due process. (Doc. 10). On September 15, 2026, Petitioner filed his motion for status, stating that he had not received a "further filing schedule from the Court." (Doc. 11).

The Court has discretion to manage its docket. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261

(9th Cir. 1992). Although the Court endeavors to resolve matters as expeditiously as possible, it has "long labored under one of the heaviest caseloads in the nation." *See* Standing Order in Light of Ongoing Judicial Emergency in Eastern District of California. The Court will issue findings and recommendations regarding the Petition in due course.

Upon review, the Court notes that Respondent's motion to dismiss does not include a certificate of service confirming that the motion was mailed to Petitioner at his address of record. (*See* Doc. 10). To ensure that Petitioner receives the motion and has an opportunity to respond, the Court directs Respondent to re-serve it and set the following briefing schedule.

Accordingly, IT IS ORDERED:

1. Petitioner's motion for status (Doc. 11) is GRANTED to the extent stated in this Order.
2. Within ten (10) days after service of this Order, Respondent shall mail Petitioner a duplicate copy of the June 9, 2026 motion to dismiss (Doc. 10) at his address of record.
3. Within twenty-one (21) days of re-service of the motion to dismiss, Petitioner shall file an opposition or statement of non-opposition .
4. Respondent may file a reply within seven (7) days after Petitioner files his response.
5. If Petitioner fails to comply with this Order , the Court may construe that failure as a waiver of opposition to the motion to dismiss under Local Rule 230(l) and/or dismiss this action for failure to prosecute or comply with a court order under Local Rule 110.

Dated: October 13, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE